IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RAY REED     PLAINTIFF

VS.     CIVIL ACTION NO. 1:18-cv-00093-GHD-JMV

DR. BUTLER     DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATION

On August 14, 2018, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation recommending that the pending [2] application to proceed *in forma pauperis* be denied and the [5] complaint dismissed for lack of subject matter jurisdiction. No objection to the Report and Recommendation was filed.

Where no objections to a report and recommendation are filed, the "Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F.Supp.2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Serv. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the Report and Recommendation and found no plain error. Accordingly:

1. The August 14, 2018, Report and Recommendation [5] is hereby ADOPTED;

2. The [2] application to proceed *in forma pauperis* is DENIED;

3. Nevertheless, the complaint is dismissed without prejudice for lack of subject matter jurisdiction, and the case is CLOSED.

SO ORDERED, this 19 day of September, 2018.

/s/ Glen H. Davidson
UNITED STATES DISTRICT JUDGE